# Third District Court of Appeal

## State of Florida

Opinion filed July 5, 2023.
Not final until disposition of timely filed motion for rehearing.

———————————

No. 3D22-2154
Lower Tribunal No. F99-12222A

———————————

**Anthony Santiago,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Diana Vizcaino, Judge.

Anthony Santiago, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.